**CATAWBA INDIAN TRIBE OF SOUTH
CAROLINA, petitioner, v. UNITED
STATES.**

No. 92–1617.

Supreme Court of the United States.

June 21, 1993.   Denied.